# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **AKSARBEN PROPERTY MANAGEMENT, LLC,**<br><br>      **Plaintiff,**<br><br>  vs.<br><br>**VERTICAL FOCUS LLC, a Nebraska limited liability company; and WENDY KREIS,**<br><br>      **Defendants.** | **7:23CV5000**<br><br>**ORDER** |

This matter is before the Court following a telephone conference held with counsel for the parties on April 5, 2024, during which counsel jointly notified the undersigned magistrate judge that they have settled their claims. Accordingly,

**IT IS ORDERED:**

1. On or before **May 20, 2024**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 5th day of April, 2024.

                                                      BY THE COURT:

                                                      s/Michael D. Nelson
                                                      United States Magistrate Judge
                                                      .